# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2810
_____

CURTIS LEVON BUTLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Suwannee County.
Jennifer K. Griffin, Judge.

July 2, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, M.K. THOMAS, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Curtis Levon Butler, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.